HONORABLE TANA LIN

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| MONDRIAN CONDOMINIUM ASSOCIATION, a Washington Non-Profit Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTRY CASUALTY INSURANCE COMPANY, an Illinois Corporation; and DOE INSURANCE COMPANIES 1-10,<br><br>Defendants. | NO. 2:26-cv-01584-TL<br><br>STIPULATED MOTION AND ORDER TO STAY ACTION<br><br>Hearing Date: November 18, 2026 |

Plaintiff Mondrian Condominium Association ("Plaintiff") brings this action seeking declaratory judgment, bad faith, and violations of the Consumer Protection Act relating to claims under property insurance policies for alleged damage to exterior components of the condominium building comprising the Mondrian Condominium. Defendant COUNTRY Casualty Insurance Company ("Country") was served with process on July 24, 2026. Country refused to enter into a tolling agreement with Plaintiff, and, as a result, Plaintiff filed this suit to comply with the terms of the insurance policy at issue in this case. Prior to suit and to date, Country has not been able to complete its coverage investigation or issue a coverage



REED McCLURE
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98161-1087
(206) 292-4900; FAX (206) 223-0152

determination purportedly because after filing suit, Plaintiff provided supplemental historical documents as requested by Country, which is necessary to its coverage investigation requiring additional time for Country to complete its coverage evaluation. The parties jointly acknowledge it is best for Country to complete its coverage evaluation before litigation proceeds.

The parties therefore stipulate that this action should be stayed through February 28, 2027. Country may amend its answer to the complaint up to 40 days after the stay ends as a matter of right. The Association may amend its complaint up to 40 days after the stay ends as a matter of right. The parties may also further amend pleadings subject to the case schedule to be set by the court and/or the governing Federal and Local Rules.

DATED this 9th day of November, 2026.

REED McCLURE

By:______________________________

Earle Bravo, WSBA #30515
Attorney for Defendant COUNTRY Casualty Insurance Company
1215 Fourth Avenue, Suite 1700
Seattle, WA 98161-1087
(206) 292-4900
ebravo@rmlaw.com

STEIN, SUDWEEKS & STEIN, PLLC

By: /s/ *Jerry H. Stein*
Jerry H. Stein, WSBA #27721

/s/ *Justin D. Sudweeks*
Justin D. Sudweeks, WSBA #28755

/s/ *Daniel J. Stein*
Daniel J. Stein, WSBA #48739

/s/ *Jessica R. Burns*
Jessica R. Burns, WSBA #49852
Attorneys for Plaintiff Mondrian Condominium Association
16400 Southcenter Pkwy, Suite 410
Tukwila, WA 98188
(206) 388-0660
jstein@condodefects.com
justin@condodefects.com
dstein@condodefects.com
jessica@condodefects.com
***Attorneys for Plaintiff***

We certify that this memorandum contains 440 words, in compliance with the Local Civil Rules.

**ORDER**

IT IS SO ORDERED.

DONE this 19th day of November, 2026.

HONORABLE TANA LIN
UNITED STATES DISTRICT JUDGE